IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

DAVID W. WATTS,

               Plaintiff,                              ORDER

     v.                                  24-cv-504-wmc

CO CHARLIE BERGREN,

               Defendant.
_____

       Plaintiff David Watts has filed a motion for summary judgment (dkt. #21).  Because this case has just been screened and set for a preliminary pretrial conference in July, this motion is DENIED without prejudice as premature at best.  Plaintiff also moves for appointment of counsel (dkt. #22), attaching letters from several attorneys who declined to represent him.  This court has the discretion to recruit pro bono counsel for a litigant representing himself who has shown that he has made reasonable efforts to recruit a lawyer on his own and has been unsuccessful, *Jackson v. Cnty. of McLean*, 953 F.2d 1070, 1072-73 (7th Cir. 1992), and how the legal and factual demands of this lawsuit exceed his ability to represent himself, *Pruitt v. Mote*, 503 F.3d 647, 654-55 (7th Cir. 2007).  Certainly, plaintiff's premature motion and past appointment of counsel both suggest there may be some merit to that request, however, plaintiff has yet to demonstrate adequately how the legal and factual demands of this lawsuit exceed his ability to represent himself.  If anything, his motion would suggest plaintiff views this case as straightforward.  Regardless, his motion for appointment of counsel will also be DENIED without prejudice, as premature.

       Entered this 30th day of May, 2025.

                          BY THE COURT:

                          /s/
                          _____
                          WILLIAM M. CONLEY
                          District Judge